FRANCES TURNER et al., Appellants, v. S. STROOCK & CO., INC., Respondent and Third-Party Plaintiff. GAYBRAND BAGS, INC., et al., Third-Party Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, MacCrate, Murphy and Ughetta, JJ. [See 284 App. Div. 1061.]

ROSE WEICKSELBAUM, Appellant, v. COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, MacCrate, Murphy and Ughetta, JJ. [See 284 App. Div. 987.]

MORRIS WEISBERGER, Appellant, v. JOHN CONDON, Respondent, et al., Defendant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, MacCrate, Murphy and Ughetta, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See ante, p. 827.]

CHARLES YOUNG, Respondent, v. WOODEDGE HOMES, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, MacCrate, Murphy and Ughetta, JJ.

A. & H. ELECTRICAL PRODUCTS CO., INC., Respondent, v. AMERICAN ELECTRICAL APPLIANCES CORP., Appellant.— In an action for the reasonable value and agreed price of work, labor and services and materials furnished, judgment in favor of the plaintiff, rendered after a trial before the court without a jury, unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ.

BERNARD B. CHUDNOFF, Respondent, v. ORLUX ENTERPRISES, INC., Appellant. — In an action to recover damages for personal injuries, alleged to have been caused when plaintiff was struck by a golf club, swung by an employee of the defendant, judgment in favor of plaintiff for $7,000 was entered after trial before an Official Referee. Judgment reversed on the facts and a new trial granted, with costs to appellant to abide the event, unless within twenty days after the entry of the order herein, plaintiff stipulate that the recovery in his favor be reduced to $3,500, in which event, the judgment as so modified, is unanimously affirmed, without costs. In our opinion the amount of the recovery is excessive and against the weight of the credible evidence. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.

JOHN C. GLENN, Public Administrator of Queens County, as Administrator of the Estate of THEKLA HAINK, Deceased, Respondent, v. EDWARD H. BOUSFIELD, Appellant.— In an action to recover real property, defendant appeals from a judgment awarding possession and damages for withholding the premises, entered after trial before the court without a jury. Judgment unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Murphy, JJ. [See post, p. 960.]